# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2011

142857

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                          SC: 142857
                                          COA: 300565
                                          Jackson CC: 02-000770-FC

JOHN DAVID RUELAS, III,
        Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the March 15, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2011

Clerk

h0914